CAUSE NO. DC-16-07371

| | | |
|---|---|---|
| JOHN DARJEAN<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| vs. | §<br>§ | 160th JUDICIAL DISTRICT |
| SHILO SANDERS, DEION SANDERS,<br>AND PILAR SANDERS<br>Defendants. | §<br>§<br>§ | DALLAS COUNTY, TEXAS |

### FINAL JUDGMENT

On the 28th day of March, 2022, the above-styled and numbered cause was called to trial [handwritten: Defendant Shilo Sanders failed to appear.] before the Court. The parties presented testimony and evidence to the Court. After listening to the testimony and considering the evidence, the Court is of the opinion that Judgment should be entered against Shilo Sanders and in favor of Plaintiff, John Darjean and Intervenor, Utica Mutual Insurance Company. The Court's Findings of Fact and Conclusions of Law of April 12, 2022, are hereby adopted and incorporated herein, as if fully set forth.

**IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED:**

1. As a result of the September 17, 2015 assault, John Darjean sustained physical pain and mental anguish in the past of $1,000,000.00.

2. As a result of the September 17, 2015 assault, John Darjean in reasonable probability will sustain physical pain and mental anguish in the future of $1,000,000.00

3. As a result of the September 17, 2015 assault, John Darjean sustained loss of earning capacity in the past of $375,000.00.

4. As a result of the September 17, 2015 assault, John Darjean in reasonable probability will sustain loss of earning capacity in the future of $2,000,000.00.

5. As a result of the September 17, 2015 assault, John Darjean sustained disfigurement in the past of $700,000.00.

6. As a result of the September 17, 2015 assault, John Darjean in reasonable probability will sustain disfigurement in the future of $700,000,00.

7. As a result of the September 17, 2015 assault, John Darjean sustained physical impairment in the past of $1,000,000.00.

8. As a result of the September 17, 2015 assault, John Darjean in reasonable probability will sustain physical impairment in the future of $3,000,000.00.

9. As a result of the September 17, 2015 assault, John Darjean incurred medical care expenses in the past of $115,937.42.

10. As a result of the September 17, 2015 assault, John Darjean in reasonable probability will sustain medical care expenses in the future of $2,000,000.00.

11. On September 17, 2015, Shilo Sanders owed a legal duty to act with reasonable and ordinary care as to not physically injure others, including John Darjean.

12. On September 17, 2015, Shilo Sanders did in fact cause physical harm and injuries to John Darjean by assaulting him.

13. On September 17, 2015, Shilo Sanders owed a legal duty to John Darjean not to assault and cause physical injury; however, Shilo Sanders breached said legal duty. The Court finds that Shilo Sanders' actions were the proximate cause of John Darjean's injuries/damages. The Court further finds that Shio Sander's actions were a substantial factor in bringing about the physical and mental injuries sustained by John Darjean, without which such injuries and damages would not have occurred. The Court finds that John Darjean's injuries and damages were a foreseeable consequence of the physical assault perpetrated by Shio Sanders.

14. As a result of the injuries sustained by John Darjean on September 17, 2015, Utica Mutual Insurance Company paid workers' compensation benefits to or on behalf of John Darjean.

15. Utica Mutual Insurance Company paid medical benefits to or on behalf of John Darjean for his medical care providers totaling $115,937.42.

16. Utica Mutual Insurance Company paid weekly indemnity benefits to John Darjean as a result of the injuries he sustained during the physical altercation by Shilo Sanders in the amount of $98,602.40.

17. Utica Mutual Insurance Company sustained damages as a result of the negligence and actions of Shilo Sanders' assault on John Darjean. Utica Mutual Insurance Company is entitled to recover from Shilo Sanders its total workers' compensation lien of $214,620.82.

18. Pursuant to Texas Labor Code Chapter 417, Utica Mutual Insurance Company is entitled to recover its workers' compensation lien totaling $214,620.82, pursuant to Texas Labor Code Section 417.002.

**IT IS, FURTHER ORDERED, ADJUDGED AND DECREED** Plaintiff shall recover of and from Defendant, Shilo Sanders, the total sum of $11,890,937.42. In the event of any unsuccessful appeal to the Court of Appeals by Defendant, Plaintiff shall receive an additional $10,000.00 in attorney's fees to respond to any appeal filed by Defendant. Plaintiff shall receive post-judgment interest at the rate of ten percent (10%) per annum until paid in full. Plaintiff shall recover all costs of court from Defendant, Shilo Sanders.

**IT IS, FURTHER ORDERED, ADJUDGED AND DECREED** that Intervenor, Utica Mutual Insurance Company is entitled to a judgment in their favor and entitled to recover their workers' compensation lien totaling $214,620.82.

Plaintiff and Intervenor are allowed such writs and processes as may be necessary in the enforcement and collection of this judgment.

Court costs are hereby taxed against Defendant for which let execution issue.

All other relief not granted herein is denied. This is a Final Judgment.

SIGNED this 18th day of May, 2022.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND CONTENT:

By: _____
JOHN DARJEAN, Defendant

By: _____
ROBERT TURNER, Intervenor

FINAL JUDGMENT - Page 4                                   RCT/pc*745-174a

**EXHIBIT DAR005 - Page 4**