## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 23-14859** |
| **SHILO DION SANDERS,** | § | |
| | § | |
| DEBTORS. | § | **CHAPTER 7** |
| | § | |
| **JOHN DARJEAN,** | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | **Adv. Proc. No. 24-01022-MER** |
| | § | |
| **SHILO DION SANDERS,** | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that MATHIAS RAPHAEL, PLLC, hereby appears as additional counsel on behalf of **JOHN DARJEAN** and hereby submits this Notice of Appearance and requests notices of all hearings and conferences herein and makes demand for service of all papers herein.  All notices given or required to be given or required to be given in this case shall be given to and served at the following addresses.

### ADDRESS FOR NOTICE(S)
Ori Raphael
E-mail: ori@mr.law

Dated:  March 8, 2024                         Respectfully submitted,

                                    BY: */s/ Ori Raphael*
                                    Ori Raphael
                                    State Bar No. 24088273
                                    Damon Mathias
                                    State Bar No. 24080170

                                    **MATHIAS RAPHAEL PLLC**
                                    13101 Preston Road, Suite 501
                                    Dallas, Texas 75240
                                    Office: 214-739-0100
                                    Facsimile: 214-739-0151
                                    Ori@mr.law
                                    Damon@mr.law

**ATTORNEYS FOR JOHN DARJEAN**

<u>**CERTIFICATE OF SERVICE**</u>

On March 8, 2024, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case to date through the ECF noticing system.

*<u>/s/ Ori Raphael</u>*
Ori Raphael