# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-14859 |
| SHILO DION SANDERS, | § | |
| | § | |
| DEBTORS. | § | CHAPTER 7 |
| | § | |
| JOHN DARJEAN, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | Adv. Proc. No. 24-01022-MER |
| | § | |
| SHILO DION SANDERS, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S JURY DEMAND

TO THE HONORABLE DISTRICT COURT:

COMES NOW Plaintiff John Darjean and pursuant to Fed. R. Civ. P. 38 and files this demand for a trial by jury on all issues triable by a jury. Accordingly, Plaintiff requests that the Court designate this matter on the Court's jury docket.

Respectfully submitted,

BY: */s/ Ori Raphael*
Ori Raphael
State Bar No. 24088273
Damon Mathias
State Bar No. 24080170

**MATHIAS RAPHAEL PLLC**
13101 Preston Road, Suite 501
Dallas, Texas 75240
Office: 214-739-0100
Facsimile: 214-739-0151
Ori@mr.law
Damon@mr.law

**ATTORNEYS FOR JOHN DARJEAN**

## **CERTIFICATE OF SERVICE**

On March 11, 2024, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case to date through the ECF noticing system.

*/s/ Ori Raphael*
Ori Raphael