IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>Shilo Dion Sanders,<br><br>   Debtor. | Case No. 23-14859 MER<br><br>Chapter 7 |
| John Darjean,<br><br>   Plaintiff<br><br>v.<br><br>Shilo Dion Sanders,<br><br>   Defendant | Adversary No. 24-1022 |

**ORDER ON JURY DEMAND**

    THIS MATTER comes before the Court on the Jury Demand filed by the Plaintiff on March 11, 2024. The Court, having reviewed the file, finds the Defendant has failed to seek transfer or removal of the within case to the United States District Court for the District of Colorado in accordance with Rule 5011(a), Fed.R.Bankr.P and *In re Latimer*, 918 F.2d 136, 137 (10th Cir. 1990) *cert. denied.* Accordingly,

    IT IS ORDERED the Court shall not consider the demand for a trial by jury until the matter is properly brought before the Court by the filing of a motion seeking withdrawal of the reference. In the event no such motion is filed, the demand may be deemed to be waived and, therefore, denied.

Dated March 13, 2024

BY THE COURT:

_____
Michael E. Romero, Judge
United States Bankruptcy Court