United States Bankruptcy Court
District of Colorado

Darjean,
    Plaintiff

Sanders,
    Defendant

Adv. Proc. No. 24-01022-MER

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 2
Date Rcvd: Mar 13, 2024      Form ID: pdf904      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Andrew S Miller, Sweetbaum Miller, 1200 17th St., Ste. 1250, Denver, CO 80202 DENVER 80202-5856 |
| aty | | Jeff Carruth, Weycer Kaplan Pulaski & Zuber P.C., 2608 Hibernia, Ste. 105, Dallas, TX 75204-2514 |
| aty | + | Ori Raphael, Mathias Raphael PLLC, 13101 Preston Rd, Ste. 501, Dallas, TX 75240-5231 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

**Name**      **Email Address**

Alan Sweetbaum
     on behalf of Plaintiff John Darjean asweetbaum@sweetbaumlaw.com jstoller@sweetbaumsands.com

Jeffery Dayne Carruth
     on behalf of Plaintiff John Darjean jcarruth@wkpz.com
     jcarruth@aol.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Keri L. Riley
     on behalf of Defendant Shilo Dion Sanders klr@kutnerlaw.com vlm@kutnerlaw.com

Ori Raphael
     on behalf of Plaintiff John Darjean ori@mrlaw.co

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Mar 13, 2024 Form ID: pdf904 Total Noticed: 3
TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>Shilo Dion Sanders,<br><br>    Debtor. | Case No. 23-14859 MER<br><br>Chapter 7 |
| John Darjean,<br><br>    Plaintiff<br><br>v.<br><br>Shilo Dion Sanders,<br><br>    Defendant | Adversary No. 24-1022 |

**ORDER ON JURY DEMAND**

    THIS MATTER comes before the Court on the Jury Demand filed by the Plaintiff on March 11, 2024. The Court, having reviewed the file, finds the Defendant has failed to seek transfer or removal of the within case to the United States District Court for the District of Colorado in accordance with Rule 5011(a), Fed.R.Bankr.P and *In re Latimer*, 918 F.2d 136, 137 (10th Cir. 1990) *cert. denied.* Accordingly,

    IT IS ORDERED the Court shall not consider the demand for a trial by jury until the matter is properly brought before the Court by the filing of a motion seeking withdrawal of the reference. In the event no such motion is filed, the demand may be deemed to be waived and, therefore, denied.

Dated March 13, 2024

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court