# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE; <br> SHILO SANDERS, <br> <br> Debtor <br> _____ <br> JOHN DARJEAN, <br> Plaintiff, <br> v. <br> <br> SHILO DION SANDERS <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Bankruptcy Case No. 23-14859-MER <br> Chapter 7 <br> <br> <br> <br> <br> <br> <br> ADVERSARY NO. 2024-01022-MER |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SHILO DION SANDERS' MOTION TO STRIKE PLAINTIFF JOHN DARJEAN'S JURY DEMAND (DOCKET NO. 12)

_____

This matter is before the court on Plaintiff's Motion for Extension of Time to Respond to Shilo Dion Sanders' Motion to Strike Plaintiff John Darjean's Jury Demand (Docket No. 12) (the "Motion").

Upon due consideration and being fully advised in the premises, and good cause existing for granting the request relief, the court hereby orders that

the Motion is granted and Plaintiff John Darjean shall up to and including April 17, 2024 in which to file his response to the Motion.

Dated this 4th day of April, 2024.

By the court:

Honorable Michael E. Romero
United States Bankruptcy Judge