# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SHILO DION SANDERS ) | Case No. 23-14859-MER |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| JOHN DARJEAN, ) | |
| ) | |
| Plaintiff, ) | Adv. Pro. 24-01022-MER |
| ) | |
| v. ) | |
| ) | |
| SHILO DION SANDERS, ) | |
| ) | |
| Defendant. ) | |

## JOINT REPORT OF RULE 26(f) CONFERENCE AND DISCOVERY PLAN

Having met and conferred, pursuant to Rule 26 of the Federal Rules of Civil Procedure (the "Federal Rules") made applicable hereto pursuant to Rule 7026 of the Federal Rules of Bankruptcy Procedure, Plaintiff John Darjean ("Darjean") and Defendant Shilo Dion Sanders ("Sanders" and collectively with Darjean, the "Parties" and each a "Party"), respectfully submit this "Joint Report of Rule 26(f) Conference and Discovery Plan" pursuant to this Court's Order ("Order") entered on February 29, 2024 [Docket No. 5].

## DISCOVERY PLAN

1. The Parties agree that Amended pleadings shall be filed and/or additional parties shall be joined by May 31, 2024.

2. The Parties have **not** reached agreement on the remaining deadlines required by the Order.

3. Defendant Sanders believes the following deadlines should apply:

    a. Parties will provide expert disclosure under Rule 26(a)(2) of the Federal Rules by <u>May 31, 2024</u>, and rebuttal expert disclosures under Rule 26(a)(2)(B) of the Federal Rules by <u>July 1, 2024</u>.

    b. Expert discovery shall be completed by <u>July 31, 2024</u>.

    c. All fact discovery shall be completed by <u>July 31, 2024</u>.

    d. Dispositive motions shall be filed by <u>August 30, 2024</u>.

4. Plaintiff Darjean believes the following deadlines should apply:

    a. Parties will provide expert disclosure under Rule 26(a)(2) of the Federal Rules by <u>August 29, 2024</u>, and rebuttal expert disclosures under Rule 26(a)(2)(B) of the Federal Rules by <u>September 29, 2024</u>.

    b. Expert discovery shall be completed by <u>October 29, 2024</u>.

    c. All fact discovery shall be completed by <u>October 29, 2024</u>.

    d. Dispositive motions shall be filed by <u>November 28, 2024</u>.

5. The Parties will each file separate short position statements on or before April 11, 2024 with regard to these deadlines that are in dispute.

Dated: April 4, 2024                        Respectfully submitted,

**SHILO DION SANDERS**

By:

KUTNER BRINEN DICKEY RILEY, P.C.

*/s/ Keri L. Riley*
Keri L. Riley, #47605
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Tel: (303) 832-2400
Email: klr@kutnerlaw.com

- and -

BARNES & THORNBURG LLP

Victor D. Vital (of counsel)
2121 N. Pearl St., Suite 700
Dallas, TX 75201-2469
Tel: (214) 258-4124
Email: Victor.Vital@btlaw.com

- and -

James E. Van Horn (of counsel)
555 12th St NW, Suite 1200
Washington, DC 20004
Tel: (202) 371-6351
Email: JVanHorn@btlaw.com

*Attorneys for Defendant Shilo Dion Sanders*


**JOHN DARJEAN**

By:

Ori Raphael
State Bar No. 24088273
Damon Mathias
State Bar No. 24080170

MATHIAS RAPHAEL PLLC
13101 Preston Road, Suite 501
Dallas, Texas 75240
Office: 214-739-0100
Facsimile: 214-739-0151
Ori@mr.law Damon@mr.law

-and-

*/s/ Andrew Miller*
Andrew Miller (#44219)  Alan D. Sweetbaum (13491)
SWEETBAUM MILLER, PC
1200 17th Street, Suite 1250
Denver, Colorado 80202
(303) 296-3377
asweetbaum@sweetbaumlaw.com
amiller@sweetbaumlaw.com

3

-and-

Jeff Carruth (TX State Bar No. 24001846)
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
2608 Hibernia, Suite 105
Dallas, Texas 75204
(713) 341-1158
jcarruth@wkpz.com

ATTORNEYS FOR JOHN DARJEAN