United States Bankruptcy Court
District of Colorado

Darjean,
    Plaintiff

Sanders,
    Defendant

Adv. Proc. No. 24-01022-MER

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Apr 04, 2024     Form ID: pdf904     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Andrew S Miller, Sweetbaum Miller, 1200 17th St., Ste. 1250, Denver, CO 80202 DENVER 80202-5856 |
| aty | | Jeff Carruth, Weycer Kaplan Pulaski & Zuber P.C., 2608 Hibernia, Ste. 105, Dallas, TX 75204-2514 |
| aty | + | Ori Raphael, Mathias Raphael PLLC, 13101 Preston Rd, Ste. 501, Dallas, TX 75240-5231 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Sweetbaum | on behalf of Plaintiff John Darjean asweetbaum@sweetbaumlaw.com jstoller@sweetbaumsands.com |
| Jeffery Dayne Carruth | on behalf of Plaintiff John Darjean jcarruth@wkpz.com jcarruth@aol.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com |
| Keri L. Riley | on behalf of Defendant Shilo Dion Sanders klr@kutnerlaw.com vlm@kutnerlaw.com |
| Ori Raphael | on behalf of Plaintiff John Darjean ori@mrlaw.co |

District/off: 1082-1      User: admin      Page 2 of 2
Date Rcvd: Apr 04, 2024      Form ID: pdf904      Total Noticed: 3
TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE;<br>SHILO SANDERS,<br><br>Debtor<br>_____<br>JOHN DARJEAN,<br>Plaintiff,<br>v.<br><br>SHILO DION SANDERS<br>Defendant. | Bankruptcy Case No. 23-14859-MER<br>Chapter 7<br><br><br><br><br><br><br>ADVERSARY NO. 2024-01022-MER |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SHILO DION SANDERS' MOTION TO STRIKE PLAINTIFF JOHN DARJEAN'S JURY DEMAND (DOCKET NO. 12)**

_____

This matter is before the court on Plaintiff's Motion for Extension of Time to Respond to Shilo Dion Sanders' Motion to Strike Plaintiff John Darjean's Jury Demand (Docket No. 12) (the "Motion").

Upon due consideration and being fully advised in the premises, and good cause existing for granting the request relief, the court hereby orders that

the Motion is granted and Plaintiff John Darjean shall up to and including April 17, 2024 in which to file his response to the Motion.

Dated this 4th day of April, 2024.

By the court:

Honorable Michael E. Romero
United States Bankruptcy Judge