# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
## The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>Shilo Dion Sanders<br><br>    Debtor. | Case No. 23-14859 MER<br><br>Chapter 7 |
| John Darjean<br><br>    Plaintiff<br><br>v.<br><br>Shilo Dion Sanders<br><br>    Defendant. | Adversary No. 24-1022 MER |

**NOTICE**

    NOTICE IS HEREBY GIVEN that the above-captioned matter has been set for a status and scheduling conference to be held on **Thursday, May 2, 2024, at 1:30 p.m.,** via Zoom video conference.  <u>Counsel and/or parties should not appear in person</u>.  The Zoom link and all other relevant information is available on the Court's website at https://www.cob.uscourts.gov/content/judge-michael-e-romero-mer.

    The Court will address the disparity in the parties' proposed discovery deadlines. Position statements, if desired, may be filed by **April 25, 2024.**

DATED: April 9, 2024        BY ORDER OF THE COURT:

                                        KENNETH S. GARDNER, CLERK

                                        By: Deborah L. Beatty, Deputy Clerk
                                            United States Bankruptcy Court
                                            U.S. Custom House
                                            721 19th Street
                                            Denver, Colorado 80202-2508