United States Bankruptcy Court
District of Colorado

Darjean,
    Plaintiff

Sanders,
    Defendant

Adv. Proc. No. 24-01022-MER

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 2
Date Rcvd: Apr 09, 2024      Form ID: pdf904      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Andrew S Miller, Sweetbaum Miller, 1200 17th St., Ste. 1250, Denver, CO 80202 DENVER 80202-5856 |
| aty | | Jeff Carruth, Weycer Kaplan Pulaski & Zuber P.C., 2608 Hibernia, Ste. 105, Dallas, TX 75204-2514 |
| aty | + | Ori Raphael, Mathias Raphael PLLC, 13101 Preston Rd, Ste. 501, Dallas, TX 75240-5231 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Alan Sweetbaum
     on behalf of Plaintiff John Darjean asweetbaum@sweetbaumlaw.com jstoller@sweetbaumsands.com

Jeffery Dayne Carruth
     on behalf of Plaintiff John Darjean jcarruth@wkpz.com
     jcarruth@aol.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Keri L. Riley
     on behalf of Defendant Shilo Dion Sanders klr@kutnerlaw.com vlm@kutnerlaw.com

Ori Raphael
     on behalf of Plaintiff John Darjean ori@mrlaw.co

District/off: 1082-1                             User: admin                                Page 2 of 2
Date Rcvd: Apr 09, 2024                   Form ID: pdf904                          Total Noticed: 3
TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>Shilo Dion Sanders<br><br>    Debtor. | Case No. 23-14859 MER<br><br>Chapter 7 |
| John Darjean<br><br>    Plaintiff<br><br>v.<br><br>Shilo Dion Sanders<br><br>    Defendant. | Adversary No. 24-1022 MER |

**NOTICE**

NOTICE IS HEREBY GIVEN that the above-captioned matter has been set for a status and scheduling conference to be held on **Thursday, May 2, 2024, at 1:30 p.m.**, via Zoom video conference.  <u>Counsel and/or parties should not appear in person</u>.  The Zoom link and all other relevant information is available on the Court's website at https://www.cob.uscourts.gov/content/judge-michael-e-romero-mer.

The Court will address the disparity in the parties' proposed discovery deadlines. Position statements, if desired, may be filed by **April 25, 2024.**

DATED: April 9, 2024          BY ORDER OF THE COURT:

                              KENNETH S. GARDNER, CLERK

                              By: Deborah L. Beatty, Deputy Clerk
                                  United States Bankruptcy Court
                                  U.S. Custom House
                                  721 19th Street
                                  Denver, Colorado 80202-2508