# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
## DENVER DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHILO DION SANDERS, | ) | Case No. 23-14859-MER |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| JOHN DARJEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. Nos. 24-01022-MER |
| | ) | |
| vs. | ) | |
| | ) | |
| SHILO DION SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR FORTHWITH HEARING ON MOTION FOR
## (I) A PROTECTIVE ORDER, AND ALTERNATIVELY,
## (II) ORDER TO ENFORCE STATE COURT PROTECTIVE ORDER

The Defendant, Shilo Dion Sanders ("Sanders" or "Defendant"), by and through his undersigned counsel, moves the Court for entry of an Order setting a forthwith hearing on his *Motion for (I) a Protective Order, and Alternatively, (II) Order to Enforce State Court Protective Order* (Docket No. 22), and in support thereof, states as follows:

1. The Plaintiff initiated the above captioned Adversary Proceeding with the filing of a Complaint on January 29, 2024.

2. Prior to Mr. Sander's bankruptcy filing, the Plaintiff was involved in litigation with Mr. Sanders in the 160th District Court in Dallas County, Texas ("State Court"), and was subject to a Protective Order entered by the State Court.

3. On April 22, 2024, Mr. Sanders filed his *Motion for (I) Protective Order, and Alternatively, (II) Order to Enforce State Court Protective Order* ("Protective Order Motion"),

seeking entry of a protective order in this Court to prohibit the public disclosure of confidential information, and for enforcement of the existing Protective Order entered by the State Court.

4. As set forth in the Protective Order Motion, the Plaintiff's violations of the Protective Order entered by the State Court have been continuous from the filing of the Adversary Proceedings, including the Complaints that were replete with information that was subject to the State Court's Protective Order, and have continued since, including at least two instances of additional prohibited disclosures on social media sites **after** Mr. Sanders filed his Motion for Contempt in the State Court.

5. Given the continuous pattern of violating the State Court Protective Order, Mr. Sanders respectfully requests a forthwith hearing on the Protective Order Motion, such that it is set to be heard in conjunction with the Status and Scheduling Conference set for May 2, 2024 at 1:30 p.m.

6. In addition to setting the Protective Order Motion for hearing, Mr. Sanders requests the Court set April 29, 2024 as the date by which the Plaintiff shall file a Response to the Motion, if any.

7. Setting the Protective Order Motion for hearing in conjunction with the Status and Scheduling Conference will result in an efficient use of resources for all parties, as all parties will be appearing at the Status and Scheduling Conference any this will allow for an expeditious resolution of the issues raised in the Protective Order Motion.

WHEREFORE, Shilo Sanders prays the Court make and enter an Order setting the *Motion for (I) Protective Order, and Alternatively, (II) Order to Enforce State Court Protective Order* for hearing on May 2, 2024 at 1:30 p.m., ordering that any response to the Motion be filed on or before April 29, 2024, and for such further and additional relief as to the Court may appear just and proper.

Dated: April 22, 2024

**KUTNER BRINEN DICKEY RILEY, P.C.**

*/s/ Keri L. Riley*
Keri L. Riley, #47605
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Tel: (303) 832-2400
Email: klr@kutnerlaw.com

-and-

**BARNES & THORNBURG LLP**

Victor D. Vital (of counsel)
2121 N. Pearl St., Suite 700
Dallas, TX 75201-2469
Tel: (214) 258-4124
Email: Victor.Vital@btlaw.com

- and -

James Van Horn (of counsel)
555 12th St NW, Suite 1200
Washington, DC 20004
Tel: (202) 371-6351
Email: JVanHorn@btlaw.com

*Attorneys for Debtor/Defendant Shilo Dion Sanders*

## CERTIFICATE OF SERVICE

I certify that on April 22, 2024, I served a complete copy of **SHILO DION SANDERS' MOTION FOR (I) A PROTECTIVE ORDER, AND ALTERNATIVELY, (II) ORDER TO ENFORCE STATE COURT PROTECTIVE ORDER** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Jeffery Dayne Carruth**
Weycer Kaplan Pulaski & Zuber, P.C.
24 Greenway Plaza, #2050
Houston, TX 77046
713-341-1158
713-961-5341 (fax)
jcarruth@wkpz.com

**Andrew S Miller**
Sweetbaum Miller
1200 17th St.
Ste. 1250
Denver, CO 80202
Denver
303-296-3377
smiller@sweetbaumlaw.com

**Ori Raphael**
Mathias Raphael PLLC
13101 Preston Rd
Ste 501
Dallas, TX 75240
214-739-0100
ori@mr.law

**Alan Sweetbaum**
Sweetbaum Miller PC
1200 Seventeenth Street
Suite 1250
Denver, CO 80202
303-296-3377
303-296-7343 (fax)
asweetbaum@sweetbaumlaw.com

                                                **By: /s/ Keri L. Riley**
                                                **Keri L. Riley, Esq.**