## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHILO DION SANDERS, | ) | Case No. 23-14859-MER |
| | ) | |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |
| | ) | |
| JOHN DARJEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. 24-01022-MER |
| | ) | |
| v. | ) | |
| | ) | |
| SHILO DION SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

### <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that BARNES & THORNBURG LLP hereby appears as additional counsel on behalf **SHILO DION SANDERS** and hereby submits this Notice of Appearance and requests notices of all hearings and conferences herein and makes demand for service of all papers herein.  All notices given or required to be given or required to be given in this case shall be given to and served at the following addresses:

**<u>ADDRESS FOR NOTICES</u>**

James E. Van Horn
Email: JVanHorn@btlaw.com

Dated:  April 24, 2024                 Respectfully submitted,

By:     */s/ James E. Van Horn*
James E. Van Horn (of counsel)
BARNES & THORNBURG LLP
555 12th St NW, Suite 1200
Washington, DC 20004
Tel: (202) 371-6351
Email: JVanHorn@btlaw.com

*Attorneys for Defendant Shilo Dion Sanders*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document was served on April 24, 2024 via court ECF Notice on all parties receiving ECF Notice in this case.

*/s/ James E. Van Horn*
James E. Van Horn