# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHILO DION SANDERS, | ) | Case No. 23-14859-MER |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| JOHN DARJEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. Nos. 24-01022-MER |
| | ) | |
| vs. | ) | |
| | ) | |
| SHILO DION SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION FOR FORTHWITH HEARING ON MOTION FOR (I) A PROTECTIVE ORDER, AND ALTERNATIVELY, (II) ORDER TO ENFORCE STATE COURT PROTECTIVE ORDER

THIS MATTER, having come before the Court on Defendant Shilo Dion Sanders' Motion Forthwith Hearing on Motion for (I) a Protective Order, and Alternatively, (II) Order to Enforce State Court Protective Order (the "Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER:

That the Motion is GRANTED. A hearing on the Defendant Shilo Dion Sanders' *Motion for (I) a Protective Order, and Alternatively, (II) Order to Enforce State Court Protective Order* is set for May 2, 2024 at 1:30 p.m. to be heard in conjunction with the Status and Scheduling Conference. Plaintiff John Darjean shall file a Response, if any, to the Motion on or before April 29, 2024.

Dated April 24, 2024, in Denver, Colorado.

Honorable Michael E. Romero
United States Bankruptcy Court Judge