United States Bankruptcy Court
District of Colorado

Darjean,
    Plaintiff

Sanders,
    Defendant

Adv. Proc. No. 24-01022-MER

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Apr 24, 2024     Form ID: pdf904     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Andrew S Miller, Sweetbaum Miller, 1200 17th St., Ste. 1250, Denver, CO 80202 DENVER 80202-5856 |
| aty | | Jeff Carruth, Weycer Kaplan Pulaski & Zuber P.C., 2608 Hibernia, Ste. 105, Dallas, TX 75204-2514 |
| aty | + | Ori Raphael, Mathias Raphael PLLC, 13101 Preston Rd, Ste. 501, Dallas, TX 75240-5231 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Sweetbaum | on behalf of Plaintiff John Darjean asweetbaum@sweetbaumlaw.com  jstoller@sweetbaumsands.com |
| James Van Horn | on behalf of Defendant Shilo Dion Sanders JVanHorn@btlaw.com |
| Jeffery Dayne Carruth | on behalf of Plaintiff John Darjean jcarruth@wkpz.com jcarruth@aol.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com |
| Keri L. Riley | on behalf of Defendant Shilo Dion Sanders klr@kutnerlaw.com  vlm@kutnerlaw.com |
| Ori Raphael | |

District/off: 1082-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 24, 2024 | Form ID: pdf904 | Total Noticed: 3

on behalf of Plaintiff John Darjean ori@mr.law

Victor D Vital

on behalf of Defendant Shilo Dion Sanders victor.vital@btlaw.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHILO DION SANDERS, | ) | Case No. 23-14859-MER |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| JOHN DARJEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. Nos. 24-01022-MER |
| | ) | |
| vs. | ) | |
| | ) | |
| SHILO DION SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR FORTHWITH HEARING ON MOTION
FOR (I) A PROTECTIVE ORDER, AND ALTERNATIVELY,
(II) ORDER TO ENFORCE STATE COURT PROTECTIVE ORDER**

THIS MATTER, having come before the Court on Defendant Shilo Dion Sanders' Motion Forthwith Hearing on Motion for (I) a Protective Order, and Alternatively, (II) Order to Enforce State Court Protective Order (the "Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER:

That the Motion is GRANTED. A hearing on the Defendant Shilo Dion Sanders' *Motion for (I) a Protective Order, and Alternatively, (II) Order to Enforce State Court Protective Order* is set for May 2, 2024 at 1:30 p.m. to be heard in conjunction with the Status and Scheduling Conference. Plaintiff John Darjean shall file a Response, if any, to the Motion on or before April 29, 2024.

Dated April 24, 2024, in Denver, Colorado.

Honorable Michael E. Romero
United States Bankruptcy Court Judge