UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | § § § § § § | CASE NO. 23-14859 |
| SHILO DION SANDERS, | | |
| DEBTORS. | | CHAPTER 7 |
| JOHN DARJEAN, | § § § § § § § § § § § § | |
| PLAINTIFF | | |
| v. | | Adv. Proc. No. 24-01022-MER |
| SHILO DION SANDERS, | | |
| Defendant. | | |

**ORDER GRANTING MOTION TO EXTEND TIME TO AMEND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

THIS MATTER having come before the Court on the Plaintiff's Motion to Extend Time to Amend Plaintiff's Motion for Summary Judgment ("Motion"), the Court having reviewed the Motion and finding cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. The Plaintiff shall have through and including **May 23, 2024** to file an Amended Plaintiff's Motion for Summary Judgment. Defendant shall file a response on or before **June 6, 2024**. Any reply shall be filed on or before **June 13, 2024**.

Done and entered this 10th day of May, 2024 at Denver, Colorado.

Honorable Michael E. Romero
United States Bankruptcy Judge